

X 4PV-Bauer
240

MAY 0 2 2017

Invoice

# BM Decker Construction    PA065

nited

| | Invoice No: | 58 |
| | Date: | May 1, 2017 |
| | Terms: | NET 30 |
| | Due Date: | May 31, 2017 |

| | Quantity | Rate | Amount |
|---|---|---|---|
| ccess, casing base molding | 1 | $4,350.00 | $4,350.00* |

| | |
|---|---|
| Subtotal | $4,350.00 |
| TAX (8.00%) | $0.00 |
| Total | $4,350.00 |
| Paid | $0.00 |
| **Balance Due** | **$4,350.00** |

14236

60-430/313

5700.00

DOLLARS

DATE 12/4/17

NOT NEGOTIABLE

HOME DESIGNS UNLIMITED
DESIGN & CONSTRUCTION
P.O. BOX 1005
NEW KINGSTOWN, PA 17072

PAY TO THE ORDER OF BM Decker Construction

F&M TRUST

"014236" "031304306: 1174789"

FOR





RECEIVED
MAY 0 2 2017

BY: .......................

# RM Decker Construction

**Invoice**

**PA065**

**Bill To:**  Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 58 |
| Date: | May 1, 2017 |
| Terms: | NET 30 |
| Due Date: | May 31, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview John's house<br>Trim package - doors, windows ,Attis access, casing base molding and shoe molding $2700.00<br>Crown molding $1300.00<br>Columns in living area 350.00 | 1 | $4,350.00 | $4,350.00* |

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $4,350.00 |
| TAX (8.00%) | $0.00 |
| Total | $4,350.00 |
| Paid | $0.00 |

**Balance Due**  **$4,350.00**

1/1

RECEIVED
MAY 1 6 2017
BY: .....................



4PV-Bauer
240 ✓

# RM Decker Construction

**Invoice**
## PA065

**Bill To:**  Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 62 |
| Date: | May 15, 2017 |
| Terms: | NET 30 |
| Due Date: | June 14, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview lot 4 John Bauer Entertainment unit built with 3/4 Mdf sheet and 1/2 birch plywood approx 12 ft long 6 ft tall | 1 | $850.00 | $850.00* |

PAID
DEC 0 1 2017
BY: .....................

ENTERED
J cc:file
8/10/2017

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $850.00 |
| TAX (8.00%) | $0.00 |
| Total | $850.00 |
| Paid | $0.00 |

## Balance Due       $850.00

MAY 2 5 2017

BY:.....................



55PV-SCUMC

360



# RM Decker Construction

**Invoice**

**PA065?**

Bill To: Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 66 |
| Date: | May 22, 2017 |
| Terms: | NET 30 |
| Due Date: | June 21, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview (church job)<br>Installed pressure treated wheelchair accessible ramp loading from garage into house | 1 | $300.00 | $300.00* |

DEC 0 1 2017

BY:.....................

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $300.00 |
| TAX (8.00%) | $0.00 |
| Total | $300.00 |
| Paid | $0.00 |

**Balance Due** **$300.00**

RECEIVED
MAY 2 5 2017
BY:........................

4PV-Bauer
360

# RM Decker Construction

**Invoice**
**PA065**

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 65 |
| Date: | May 22, 2017 |
| Terms: | NET 30 |
| Due Date: | June 21, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview lot #4 John Bauer<br>Installed Azec white board on perimeter of deck 1\12 $100.00<br>Installed pressure treated steps in garage and build an entry step $100.00 | 1 | $200.00 | $200.00 |

cc: file
8/10/2017

PAID
DEC 0 1 2017

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $200.00 |
| TAX (0.00%) | $0.00 |
| Total | $200.00 |
| Paid | $0.00 |

**Balance Due** **$200.00**

MAY 2 5 2017



\* 55PV-scumc
280



## Invoice
## PA065;

| | |
|---|---|
| voice No: | 64 |
| Date: | May 22, 2017 |
| Terms: | NET 30 |
| Jue Date: | June 21, 2017 |

| Rate | Amount |
|---|---|
| $2,778.72 | $2,778.72* |

| | |
|---|---|
| total | $2,778.72 |
| )0%) | $0.00 |
| Total | $2,778.72 |
| Paid | $0.00 |

| | |
|---|---|
| **ue** | **$2,778.72** |

14273

60-430/313

DATE December 24, 2017

$ 456.72

DOLLARS

NOT NEGOTIABLE

HOME DESIGNS UNLIMITED
DESIGN & CONSTRUCTION
PO BOX 105
NEW RINGGOLD, PA 17072

PAY TO THE ORDER OF R.M. Decker Construction

FOR

F&M TRUST

Please note this check is
dated for Thursday, 12/28.
Please hold until you hear
from us that you are good
to go to the bank. Thank
you for working with us!
Merry Christmas!

Karen

⑈0 ⅃ 4 2 7 3⑈ ⅃:0 ⅃ 3 0 ⅃ 3 0 6⅃: ⅃ ⅃⅏7 4 7 8 9⑈


MAY 2 5 2017

BY: .......................

# 55PV-SCUMC
280

# RM Decker Construction

### Invoice
# PA065



| Bill To: | Home Designs Unlimited<br>New Kingston | | Invoice No:<br>Date:<br>Terms:<br>Due Date: | 64<br>May 22, 2017<br>NET 30<br>June 21, 2017 |
|---|---|---|---|---|

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview lot # 56 (church house)<br>Installed 1389.36 of hardwood flooring | 1 | $2,778.72 | $2,778.72* |



 

* Indicates non-taxable item

| | Subtotal | $2,778.72 |
|---|---|---|
| | TAX (8.00%) | $0.00 |
| | Total | $2,778.72 |
| | Paid | $0.00 |

## Balance Due $2,778.72

MAY 2 5 2017

BY: ....................

*55PV-SCUMC
290*

# RM Decker Construction

**Invoice**
## PA065:

**Bill To:** Home Designs Unlimited
New Kingston

**Invoice No:** 67
**Date:** May 24, 2017
**Terms:** NET 30
**Due Date:** June 23, 2017

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview lot 55 (church house) Installed 224 sq ft of tile in master bath, main bath, and mud room | 1 | $1,008.00 | $1,008.00* |



 

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $1,008.00 |
| TAX (8.00%) | $0.00 |
| Total | $1,008.00 |
| Paid | $0.00 |

**Balance Due** **$1,008.00**

✓ Cc: File 5/25/17

＊ Sokolsky

MAY 2 5 2017

BY: ...................

# RM Decker Construction

**Invoice**
**PA065:**

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 68 |
| Date: | May 24, 2017 |
| Terms: | NET 30 |
| Due Date: | June 23, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| ⅔ sandy bottom Rd<br>Replaced exterior door on the back of the house and got rid of old door , and fixed a water leak<br>That caused problem with old door<br>$250.00<br>Took off siding on around kitchen window sealed around window with rubber tape and taped flashing to prevent water from leaking in window<br>150.00 | 1 | $400.00 | $400.00* |

PAID
DEC 2 2017
BY: ...................

* Indicates non taxable item

| | |
|---|---|
| Subtotal | $400.00 |
| TAX (8.00%) | $0.00 |
| Total | $400.00 |
| Paid | $0.00 |
| **Balance Due** | **$400.00** |

※ 55RV-scumc

380 ✓

RECEIVED
JUN 0 8 2017

BY:.......................

# RM Decker Construction

**Invoice**

**PA065:**

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 69 |
| Date: | June 7, 2017 |
| Terms: | NET 30 |
| Due Date: | July 7, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview lot 56 (church house)<br>Installed handicap ramp with pressure treated, and composite deck board 350.00<br>Added step in garage to existing 25.00 | 1 | $375.00 | $375.00* |

PAID
DEC 2 2017

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $375.00 |
| TAX (8.00%) | $0.00 |
| Total | $375.00 |
| Paid | $0.00 |

**Balance Due** **$375.00**

＃55PV-SCUUMC
290 ✓

JUN 20 2017

# RM Decker Construction

**Invoice**

**PA065:**

| | |
|---|---|
| Invoice No: | 71 |
| Date: | June 19, 2017 |
| Terms: | NET 30 |
| Due Date: | July 19, 2017 |

| Quantity | Rate | Amount |
|---|---|---|
| 1 | $700.00 | $700.00* |

| | |
|---|---|
| Subtotal | $700.00 |
| TAX (8.00%) | $0.00 |
| Total | $700.00 |
| Paid | $0.00 |

**Balance Due** | **$700.00**



14285

60-430/313

HOME DESIGNS UNLIMITED
DESIGN & CONSTRUCTION
P.O. BOX 1005
NEW KINGSTOWN, PA 17072

DATE: December 29, 2017

PAY TO THE ORDER OF: Rm Decker Construction

DOLLARS

NOT NEGOTIABLE

F&M TRUST

FOR

⑈0 14285⑈ ⑆0313043063⑆ 11⑈7478 9⑈



JUN 20 2017



# RM Decker Construction

**Invoice**
**PA065:**

| Bill To: | Home Designs Unlimited | | Invoice No: | 71 |
| | New Kingston | | Date: | June 19, 2017 |
| | | | Terms: | NET 30 |
| | | | Due Date: | July 19, 2017 |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| Parkview lot 58 (church house) | 1 | $700.00 | $700.00* |
| Installed backsplash and grouted $600.00 | | | |
| Installed safety railing on third floor $100.00 | | | |



\* Indicates non taxable item

| | |
| --- | --- |
| Subtotal | $700.00 |
| TAX (8.00%) | $0.00 |
| Total | $700.00 |
| Paid | $0.00 |
| **Balance Due** | **$700.00** |

JUN 2 0 2017

BY:...................

# Myers
160

Invoice

# RM Decker Construction

# PA065:

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 70 |
| Date: | June 19, 2017 |
| Terms: | NET 30 |
| Due Date: | July 19, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 13 valley Rd etters | 1 | $400.00 | $400.00* |
| Prep , formed and poured 4 by 8 concrete slab for a/c unit on the side of house | | | |
| Poured two footers for deck post on the back of the house | | | |



* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $400.00 |
| TAX (8.00%) | $0.00 |
| Total | $400.00 |
| Paid | $0.00 |

**Balance Due** **$400.00**



# Myers
## 160 ✓

JUN 2 3 2017

BY: .....................

# RM Decker Construction

## Invoice
## PA0652

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 72 |
| Date: | June 23, 2017 |
| Terms: | NET 30 |
| Due Date: | July 23, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 13 valley Rd etters<br>Built deck with pressure treated lumber,composite decking,viynl hand rail and set of steps .Approximately 16ft by 15ft | 1 | $1,200.00 | $1,200.00* |



DEC 20 2017

BY: .....................

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $1,200.00 |
| TAX (8.00%) | $0.00 |
| Total | $1,200.00 |
| Paid | $0.00 |

## Balance Due    $1,200.00

CC: File 6/23/17

# Sokolsky

**Construction** **Invoice**

**PA065~**

~ited

| | Invoice No: | 73 |
|---|---|---|
| | Date: | June 23, 2017 |
| | Terms: | NET 30 |
| | Due Date: | July 23, 2017 |

| | Quantity | Rate | Amount |
|---|---|---|---|
| | 1 | $325.00 | $325.00* |

wood filler and stain to match

| | |
|---|---|
| Subtotal | $325.00 |
| TAX (8.00%) | $0.00 |
| Total | $325.00 |
| Paid | $0.00 |
| **Balance Due** | **$325.00** |

14321

60-430/113

$5353.66

DOLLARS

1/19/2018

DATE

NOT NEGOTIABLE

HOME DESIGNS UNLIMITED
DESIGN & CONSTRUCTION
PO BOX 1026
NEW KINGSTOWN, PA 17072

F&M
TRUST

⑆014321⑆ ⑆031304306⑆ ⑆74,7894⑆

HOME DESIGNS UNLIMITED
*Project Construction*

PAY TO THE ORDER OF Rm Pecter Construction

FOR



# RM Decker Construction

**Invoice**

**PA065:**

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 73 |
| Date: | June 23, 2017 |
| Terms: | NET 30 |
| Due Date: | July 23, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 2 sandy Rd<br>Painted basement dr exterior white<br>Installed interior trim in basement<br>Patched window trim in kitchen with wood filler and stain to match | 1 | $325.00 | $325.00* |

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $325.00 |
| TAX (8.00%) | $0.00 |
| Total | $325.00 |
| Paid | $0.00 |

**Balance Due** **$325.00**


# Myers
360

JUL 0 5 2017

BY: ...................

# RM Decker Construction

**Invoice**

**PA0652**

| Bill To: | Home Designs Unlimited<br>New Kingston | Invoice No: | 77 |
|---|---|---|---|
| | | Date: | June 30, 2017 |
| | | Terms: | NET 30 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 13 valley Rd<br>Installed prebuilt garage steps and build side box with pressure treated wood | 1 | $75.00 | $75.00* |



\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $75.00 |
| TAX (8.00%) | $0.00 |
| Total | $75.00 |
| Paid | $0.00 |

**Balance Due**   **$75.00**



JUL 0 5 2017

BY: .........................



*\* 55PV - SCUMC*
*380*

# RM Decker Construction

**Invoice**

# PA065?

**Bill To:**   Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | /6 |
| Date: | June 30, 2017 |
| Terms: | NET 30 |
| Due Date: | July 30, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview (church) Hardwood repair $75.00 flooring was damaged | 1 | $75.00 | $75.00* |



\* Indicates non-tanable item

| | |
|---|---|
| Subtotal | $75.00 |
| TAX (8.00%) | $0.00 |
| Total | $75.00 |
| Paid | $0.00 |
| **Balance Due** | **$75.00** |



JUL 1 0 2017

BY: ...................

✳ Haverstick

280

# RM Decker Construction

**Invoice**
**PA065:**

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 78 |
| Date: | July 8, 2017 |
| Terms: | NET 30 |
| Due Date: | August 7, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 1 north side court<br>Installed 1410.83 sq ft of hardwood flooring (glued down) on first floor | 1 | $2,821.66 | $2,821.66* |

 

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $2,821.66 |
| TAX (8.00%) | $0.00 |
| Total | $2,821.66 |
| Paid | $0.00 |

**Balance Due**    **$2,821.66**

Bill Back TOC
→ Floor Replacement

# 4PV-Bauer
380 ✓

JUL 2 8 2017

BY......................

## RM Decker Construction

### Invoice
## PA0652

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 82 |
| Date: | July 27, 2017 |
| Terms: | NET 30 |
| Due Date: | August 26, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview - John Bauer<br>Painted shoe molding<br>Replaced shoe molding everywhere floor was placed<br>Caulked and filled nail holes | 1 | $250.00 | $250.00* |

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $250.00 |
| TAX (8.00%) | $0.00 |
| Total | $250.00 |
| Paid | $0.00 |

### Balance Due       $250.00

JUL 2 8 2017

# myers
240√

# **RM Decker Construction**

## Invoice
## **PA065.**

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| **Invoice No:** | 83 |
| **Date:** | July 27, 2017 |
| **Terms:** | NET 30 |
| **Due Date:** | August 26, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 13 valley Rd etters<br>Finished up shoe molding in areas as needed<br>Installed trim on second floor steps<br>Installed pocket door hardware<br>Installed transition strip for door | 1 | $250.00 | $250.00* |

\* Indicates non-taxable item



| | |
|---|---|
| Subtotal | $250.00 |
| TAX (8.00%) | $0.00 |
| Total | $250.00 |
| Paid | $0.00 |
| **Balance Due** | **$250.00** |

JUL 2 8 2017

BY:...................

# RM Decker Construction

**Invoice**
**PA065**

# 15PW - Murphy
## 360 ✓

**Bill To:** Home Designs Unlimited
New Kingston

| Invoice No: | 80 |
| Date: | July 24, 2017 |
| Terms: | NET 30 |
| Due Date: | August 23, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Florabunda<br>Sealed living room window on rear of the house | 1 | $75.00 | $75.00 |

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $75.00 |
| TAX (0.00%) | $0.00 |
| Total | $75.00 |
| Paid | $0.00 |

## Balance Due $75.00

Case 1:20-ap-00011-HWV    Doc 1-1    Filed 01/30/20    Entered 01/30/20 16:30:59    Desc
Exhibit A    Page 22 of 27

JUL 2 8 2017

BY:...................



✳ IIHL
360

**Invoice**

# RM Decker Construction

# PA065₂

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 81 |
| Date: | July 24, 2017 |
| Terms: | NET 30 |
| Due Date: | August 23, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Hawks landing<br>Removed siding on second floor taped flashing caulked siding to prevent water leak and put back together | 1 | $75.00 | $75.00* |



\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $75.00 |
| TAX (8.00%) | $0.00 |
| Total | $75.00 |
| Paid | $0.00 |
| **Balance Due** | **$75.00** |

JUL 2 8 2017

BY:..................

# Hawestick
280

# **RM Decker Construction**

**Invoice**
**PA065?**

**Bill To:**   Home Designs Unlimited
New Kingston

Invoice No:                84
Date:     July 27, 2017
Terms:        NET 30
Due Date:  August 26, 2017

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Installed hardwood flooring on landing between first and second floor | 1 | $75.00 | $75.00* |

* Indicates non taxable item

| | |
|---|---|
| Subtotal | $75.00 |
| TAX (8.00%) | $0.00 |
| Total | $75.00 |
| Paid | $0.00 |

**Balance Due**        **$75.00**

53PV



AUG 2 8 2017

BY: ..................

# RM Decker Construction

### Invoice
## PA065

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 93 |
| Date: | August 25, 2017 |
| Terms: | NET 30 |
| Due Date: | September 24, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview model<br>Installed 32 inch door in garage wall beside garage door replaced siding and drywall and and prepared for paint | 1 | $450.00 | $450.00 |

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $450.00 |
| TAX (0.00%) | $0.00 |
| Total | $450.00 |
| Paid | $0.00 |

| **Balance Due** | **$450.00** |

53PV
4PV - Bauer



AUG 2 8 2017

BY ...........

# RM Decker Construction

**Invoice**

**PA065:**

Bill To:   Home Designs Unlimited
           New Kingston

| | |
|---|---|
| Invoice No: | 94 |
| Date: | August 25, 2017 |
| Terms: | NET 30 |
| Due Date: | September 24, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Parkview model and John Bauer<br>Installed base trim and touched up any molding with white semi gloss<br>Completed punch out list:installed dishwasher,range microwave<br>,hooked up a breaker in panel, painting interior and exterior ,<br>replaced trim on outside posts, fixed shutters,caulking and<br>miscellaneous touch up | 1 | $450.00 | $450.00* |

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $450.00 |
| TAX (8.00%) | $0.00 |
| Total | $450.00 |
| Paid | $0.00 |
| **Balance Due** | **$450.00** |

_Haverstick_

AUG 2 8 2017

# RM Decker Construction

## Invoice
## PA065:

**Bill To:** Home Designs Unlimited
New Kingston

| | |
|---|---|
| Invoice No: | 95 |
| Date: | August 25, 2017 |
| Terms: | NET 30 |
| Due Date: | September 24, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 1 north side court<br>Installed 6ft block wall beside driveway approximately 2ft by 2ft wide for mailbox on each side of driveway | 1 | $400.00 | $400.00 |

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $400.00 |
| TAX (8.00%) | $32.00 |
| Total | $432.00 |
| Paid | $0.00 |
| **Balance Due** | **$432.00** |

1/1